IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY KOSTER,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D21-2393
LT Case No. 2017-CF-3213-A

Decision filed July 12, 2022

Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant General
Attorney, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, COHEN and TRAVER, JJ., concur.